\*\* E-filed June 23, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>ROGER MENGES; and CIREXX CORP.,<br><br>    Defendants. | No. C11-01755 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 6]** |

The United States filed this debt collection case against individual defendant Roger Menges ("Menges") and Cirexx Corporation ("Cirexx"). An initial case management conference is currently scheduled for June 28, 2011.

In its case management statement, the United States says that it was informed by Menges's son that Menges recently passed away. In light of this circumstance, the United States requests that the initial case management conference be continued roughly 90 days to allow the parties to discuss appropriate next steps. Good cause appearing, the initial case management conference is CONTINUED to September 27, 2011 at 1:30 p.m. The parties shall file a joint case management conference statement no later than September 20, 2011.

**IT IS SO ORDERED.**

Dated: June 23, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01755 HRL Notice will be electronically mailed to:**

Edwin L. Joe                    Edwin.Joe@SBA.GOV

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**